UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JASON LOWE,

        Plaintiff,

vs.                       Case No.  2:04-cv-610-FtM-33DNF

ENTCOM, INC., dba Bottom Line, TBLM,
INC, dba Botton Line, MARK STUART
GRUNBERG, JOHN DOES, said fictitious
names being intended to designate
employees and/or servants,
vicariously, of the first named
defendants, JANE DOES, said
fictitious names being intended to
designate employees and/or servants,
vicariously, of the first named
defendants,

        Defendants.
_____

**<u>ORDER</u>**

    This matter comes before the Court on Plaintiff's Amended
Motion for Default as to All Counts Against All Defendants and
Incorporated Memorandum of Law (Doc. #27) filed on August 29, 2005.
In moving the Court for entry of default judgment, the Plaintiff
relies on Defendants failure to file responsive pleadings.
However, since the filing of the Plaintiff's motion, all Defendant
have filed answers.  In light of the Defendants' subsequent filings
and the disfavor shown default judgments, the Court denies
Plaintiff's motion.  <u>See</u> <u>Patray v. Northwest Publ.</u>, 931 F. Supp.
865 (S.D. Ga. 1996)(indicating that default judgments are
disfavored).

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

Plaintiff's Amended Motion for Default as to All Counts Against All Defendants and Incorporated Memorandum of Law (Doc. #27) is DENIED.

**DONE AND ORDERED** at Fort Myers, Florida, this <u>29th</u> day of September, 2005.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:
All Counsel of Record

-2-